## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**GEORGIA BELL**                                                                               **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO.: 1:19-cv-163-MPM-RP**

**ANDREW SAUL, COMMISSIONER
OF THE SOCIAL SECURITY
ADMINISTRATION**                                                        **DEFENDANT**

## ORDER GRANTING UNOPPOSED MOTION FOR REMAND

THIS CAUSE having come on for hearing on the Defendant's Motion for Remand [ECF No. 14] and this Court, having considered the same and being fully advised in the premises, and noting that Plaintiff Georgia Bell has no objection, is of the opinion that said Motion for Remand is well taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant's Motion for Remand is GRANTED and this matter is REVERSED and REMANDED for further action by the Commissioner of the Social Security Administration pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED AND ADJUDGED, this the 10th day of February, 2020.

                                                                       /s/ Michael P. Mills
                                                                       **UNITED STATES DISTRICT JUDGE**
                                                                       **NORTHERN DISTRICT OF MISSISSIPPI**