IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**GEORGIA BELL**                                                                                       **PLAINTIFF**

**V.**                         **NO. 1:19CV163-MPM-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                      **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the record of this case, the Court finds that the Report and Recommendation ("R&R") of the United States Magistrate Judge dated June 2, 2020, was on that date duly filed; the parties were duly notified; more than fourteen days have elapsed since notice of said R&R; and no objection thereto has been filed or served by any party. The Court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. That the R&R of the United States Magistrate Judge dated June 2, 2020, is, hereby, approved and adopted as the opinion of the Court.

2. That Plaintiff's motion for payment of attorney fees [17] is granted in part and denied in part, and the Commissioner is directed to promptly pay Plaintiff $4,665.97 in attorney fees for the benefit of her counsel.

This, the 18TH day of June 2020.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE